**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

JOSUE AGUAS-LANDAVERDE,

        CASE NO. 2:16-CV-00854
  Petitioner,        CRIM. NO. 2:15-CR-00183(2)
        **JUDGE JAMES L. GRAHAM**
  v.        **Magistrate Judge Kimberly A. Jolson**

UNITED STATES OF AMERICA,

  Respondent.

## OPINION AND ORDER

On September 23, 2016, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings recommending that this action be dismissed.  (ECF No. 141.)  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 141) is **ADOPTED** and **AFFIRMED,** and the motion to vacate (ECF No. 139) is **DENIED**.  This action is hereby **DISMISSED.**

  **IT IS SO ORDERED.**

Date: October 17, 2016

                              _____s/James L. Graham_____
                              JAMES L. GRAHAM
                              United States District Judge